

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Eloise K. Hal[...]

**DEFENDANTS**
US EPA Region 5 et al.
Peter Swenson, US EPA
Alan Minor, US EPA
Trisha Hyde, US EPA

**(b) County of Residence of First Listed Plaintiff** Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
Pro Se
1631 S. Clarence Av
Apt 1
Berwyn, IL 60402

**Attorneys (If Known)**
John Bernstein

FILED
JUN 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV3433
JUDGE COAR
MAG. JUDGE COLE

**II. BASIS OF JURISDICTION**
☑ 2 U.S. Government Defendant

**VI. CAUSE OF ACTION**
Complaint for Employment Discrimination, Proposed wrongful Termination and Petition for damages Title VII Civil Right Act

**VII. REQUESTED IN COMPLAINT:** DEMAND $ 2.2 million or Proposal for Termination be withdrawn or transfer to different Agency or position awarded. JURY DEMAND: ☑ Yes

**VIII. This case** ☑ is a refiling of case 08C 2333, previously dismissed by Judge Coar w/o prejudice

DATE: June 13, 2008
SIGNATURE OF ATTORNEY OF RECORD: Eloise K. Hal[...], pro se