**APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

NAME: Eloise Kathleen Hahn, Pro Se

STREET ADDRESS: 1631 South Clarence Av; Apt. 1

CITY/STATE: Berwyn, IL

ZIP CODE: 60402

PHONE NUMBER: (708) 484-2169, home
(708) 408-8266, cell
(312) 886-6765, business

CASE NUMBER:

08CV3433
JUDGE COAR
MAG. JUDGE COLE

FILED
JUN 13 2008
Jun 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature     Date: June 13, 2008