**FILED**

JUN 13 2008

JUN 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Plaintiff(s)

Eloise M. Mehm

v.

Defendant(s)

U.S. EPA et. al.
Peter Swenson, US EPA
Alan Minor, US EPA
Finke Hyde, US EPA

**08CV3433**
**JUDGE COAR**
**MAG. JUDGE COLE**

## MOTION FOR APPOINTMENT OF COUNSEL

[**NOTE:** Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, _____ Eloise M. Mehm _____, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford
   the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[**NOTE:** This item *must* be completed]:

   I have repeatedly contacted Pre paid Legal and other attorneys in Chicago. They will not represent me because I don't have the retainer money demanded.

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

   _____ Eloise M. Mehm _____
   Movant's Signature

   _____ June 13, 2008 _____
   Date

   _____ 1631 S. Clarence Av ; Apt 1 _____
   Street Address

   _____ Berwyn, Il  60402 _____
   City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Eloise K. Hahn, P.E., REM.                    )
                                              )        Case Number Plantiff:
     Plantiff                              )        Judge
                                              )        Designated Magistrate
                                              )        Judge: Magistrate Judge
v.

U.S. EPA Region 5 et. al.
Peter Swenson, Chief NPDES Programs Branch, USEPA
Alan Nudelman, USEPA, Water Division
Tinka Hyde, Acting Water Division Director, USEPA

     Defendants.

## MOTION FOR APPLICATION FOR LEAVE TO PROCEED

## IN FORMA PAUPERIS

1.  I, Eloise K. Hahn, P.E., R.E.M., declare that I am the Plantiff in the above-entitled

    proceeding and state that I am unable to afford the services of an attorney, and

    hereby request the Court to appoint counsel to represent me in this proceeding.

2.  In support of my motion, I declare I have made the following attempts to retain

    Counsel to represent me in this proceeding, being I contacted approximately

    ten attorneys who would not represent me because I didn't have the retainer

    requested.

3.  In further support of my motion, I declare that I am not currently, nor previously

    have been, represented by an attorney appointed by the Court in this or any

    other civil or criminal proceeding before this court.  Additionally, I am not

    currently incarcerated.

4,  Finally, I declare that I will explain my position for Application for Leave to

-2-

Proceed In Forma Pauperis in the proceeding detailing my financial status,

being:

a.    I am not married and do not receive child support for my daughter.

b.    In the past twelve months my daughter and I have not received an

additional in $200 in wages from other employers.  My daughter currently

does volunteer work for the elderly and the disabled.

c.    I have not received any income from a private business or self

employment in the past twelve months.

d.    I am in the "red" in my checking accnt. and have been assessed as much

as $1,500 in overdraft fees in the past four months due to pay cuts.

e.    The only stocks and bonds I owe are the securities remaining in my TSP

accnt.  I currently have two loans against the TSP accnt and am not

eligible to take another loan against the 401(k) fund.

f.    My daughter has recently been diagnosed with fibroid cysts in both of her

ovaries and it is essential that she obtain immediate medical attention.

g.    I owe over $100,000 for car payments and credit card debt.

h.    My financial affidavit is attached.

I declare under penalty of perjury that the above information is truew and accurate.

I understand that pursuant to 28 U.S.C. Section 1915(e)(2)(A), the court shall dismiss

this case at any time if the allegations of poverty is untrue.

-3-

*Eloise K. Hahn, P.E., R.E.M.*
1631 S. Clarence Av Apt. 1
Berwyn, IL   60402

June 13, 2008

## FINANCIAL AFFIDAVIT

Wages.............................................$2,800 (net)

Tuition.......................................$1,000

Heat..........................................$300

Electric......................................$75

Cable.........................................$73

Credit Card Debt..............................$575

Car Payments..................................$1,000

Insurance.....................................$280 + $350 = $630

Phone.........................................$225

Gas...........................................$400

TSP Loans.....................................$370

Medicine......................................$500

Health Insurance..............................$362

Rent..........................................$500

Food..........................................$800

Grooming......................................$250

Water/Garbage.................................$50

Dental........................................$150

Physicians/Hospital...........................$400

Cleaning/Maintenance..........................$200

Prepaid legal.................................$50



**NATIONAL CITY BANK**
P.O. BOX 3038
KALAMAZOO, MI 49003-3038

ELOISE K HAHN TRUST
ELOISE K HAHN TRUSTEE
1631 CLARENCE AVE
BERWYN IL   60402

06/05/08

## Overdraft/Non-Sufficient Funds Notice

On  06/05/08, there was not enough money in your National City checking account  601686218
to cover the debit items we received that day.  We took the following action:

| Debit Item(s) Received | Action | National City Fee |
|---|---|---|
| $11.44 | PAID/ACCT OVERDRAWN | FEE WAIVED |
| $12.71 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $33.53 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $37.48 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |

As a result, the final available balance* in your account after posting was       -$466.93
**A deposit to your account may be required to avoid incurring future fees.** If an account
is overdrawn and remains so for more than  **3**  consecutive days, a  $8.00  continuous
overdraft fee will be charged each day that it is still overdrawn.

National City offers several ways to protect your account from overdrafts or non-sufficient funds.
For more information about overdraft protection options, or if you have any questions about this
notice, contact your National City branch or call our customer service center at 1-800-925-9259 .

Thank you for choosing National City.

Returned: As a result of the non-sufficient funds (NSF), debit item was returned unpaid to the merchant or payee.
Paid/Acct. Overdrawn: Debit item was paid and charged to the account. This action caused the account to be overdrawn.

*Available balance - This is the total balance in your account less deposited funds not yet available for your use, pending
debit card transactions, and holds placed on your account.  If you have overdraft protection, funds available through
overdraft protection are also included in this amount.

Branch:  617

Region: 56



**NATIONAL CITY BANK**
P.O. BOX 3038
KALAMAZOO, MI 49003-3038

ELOISE K HAHN TRUST
ELOISE K HAHN TRUSTEE
1631 CLARENCE AVE
BERWYN IL   60402

06/04/08

## Overdraft/Non-Sufficient Funds Notice

On 06/04/08, there was not enough money in your National City checking account  601686218
to cover the debit items we received that day.  We took the following action:

| Debit Item(s) Received | Action | National City Fee |
|---|---|---|
| $7.45 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $10.00 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $21.88 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $25.00 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $28.39 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $75.00 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |

As a result, the final available balance* in your account after posting was        -$375.62        .
**A deposit to your account may be required to avoid incurring future fees.**  If an account
is overdrawn and remains so for more than  3  consecutive days, a  $8.00  continuous
overdraft fee will be charged each day that it is still overdrawn.

National City offers several ways to protect your account from overdrafts or non-sufficient funds.
For more information about overdraft protection options, or if you have any questions about this
notice, contact your National City branch or call our customer service center at 1-800-925-9259 .

Thank you for choosing National City.

Returned:  As a result of the non-sufficient funds (NSF), debit item was returned unpaid to the merchant or payee.
Paid/Acct. Overdrawn:  Debit item was paid and charged to the account. This action caused the account to be overdrawn.

*Available balance - This is the total balance in your account less deposited funds not yet available for your use, pending
debit card transactions, and holds placed on your account.  If you have overdraft protection, funds available through
overdraft protection are also included in this amount.

Branch:  617

Region: 56

# National City.

**NATIONAL CITY BANK**
**P.O. BOX 3038**
**KALAMAZOO, MI 49003-3038**

ELOISE K HAHN TRUST
ELOISE K HAHN TRUSTEE
1631 CLARENCE AVE
BERWYN IL   60402

05/01/08

## Overdraft/Non-Sufficient Funds Notice

On 05/01/08, there was not enough money in your National City checking account 601686218 to cover the debit items we received that day. We took the following action:

| Debit Item(s) Received | Action | National City Fee |
|---|---|---|
| $15.00 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |

*1 overcharge*

*Additional 7 overdrafts sent*

*5/15/08          (34)(7) = 238*

*wasted !*

As a result, the final available balance* in your account after posting was    -$34.66
**A deposit to your account may be required to avoid incurring future fees.** If an account is overdrawn and remains so for more than 4 consecutive business days a $8.00 continuous overdraft fee will be charged each day that it is still overdrawn.

National City offers several ways to protect your account from overdrafts or non-sufficient funds. For more information about overdraft protection options, or if you have any questions about this notice, contact your National City branch or call our customer service center at 1-800-925-9259 .

Thank you for choosing National City.

Returned: As a result of the non-sufficient funds (NSF), debit item was returned unpaid to the merchant or payee.
Paid/Acct. Overdrawn: Debit item was paid and charged to the account. This action caused the account to be overdrawn.

*Available balance - This is the total balance in your account less deposited funds not yet available for your use, pending debit card transactions, and holds placed on your account. If you have overdraft protection, funds available through overdraft protection are also included in this amount.

Branch: 617



**National City**

NATIONAL CITY BANK
P.O. BOX 3038
KALAMAZOO, MI 49003-3038

ELOISE K HAHN TRUST
ELOISE K HAHN TRUSTEE
1631 CLARENCE AVE
BERWYN IL   60402

04/28/08

### Overdraft/Non-Sufficient Funds Notice

On 04/28/08, there was not enough money in your National City checking account 601686218 to cover the debit items we received that day. We took the following action:

| Debit Item(s) Received | Action | National City Fee |
|---|---|---|
| $18.91 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $25.44 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $40.50 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $45.95 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $52.00 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $101.34 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |

*6 overcharges*

As a result, the final available balance* in your account after posting was     -$471.85      .
**A deposit to your account may be required to avoid incurring future fees.** If an account is overdrawn and remains so for more than  4  consecutive business days a  $8.00  continuous overdraft fee will be charged each day that it is still overdrawn.

National City offers several ways to protect your account from overdrafts or non-sufficient funds. For more information about overdraft protection options, or if you have any questions about this notice, contact your National City branch or call our customer service center at 1-800-925-9259 .

Thank you for choosing National City.

Returned: As a result of the non-sufficient funds (NSF), debit item was returned unpaid to the merchant or payee.
Paid/Acct. Overdrawn: Debit item was paid and charged to the account. This action caused the account to be overdrawn.

*Available balance - This is the total balance in your account less deposited funds not yet available for your use, pending debit card transactions, and holds placed on your account. If you have overdraft protection, funds available through overdraft protection are also included in this amount.

Branch:  617

Region: 56



**NATIONAL CITY BANK**
P.O. BOX 3038
KALAMAZOO, MI 49003-3038

ELOISE K HAHN TRUST
ELOISE K HAHN TRUSTEE
1631 CLARENCE AVE
BERWYN IL   60402

04/07/08

### Overdraft/Non-Sufficient Funds Notice

On 04/07/08, there was not enough money in your National City checking account  601686218
to cover the debit items we received that day.  We took the following action:

| Debit Item(s) Received | Action | National City Fee |
|---|---|---|
| $35.77 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $46.80 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $56.59 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $62.03 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $144.83 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $212.55 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $267.96 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $273.00 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |

As a result, the final available balance* in your account after posting was     -$1,572.71
**A deposit to your account may be required to avoid incurring future fees.** If an account
is overdrawn and remains so for more than  4  consecutive business days a  $8.00
continuous overdraft fee will be charged each day that it is still overdrawn.

National City offers several ways to protect your account from overdrafts or non-sufficient funds.
For more information about overdraft protection options, or if you have any questions about this
notice, contact your National City branch or call our customer service center at 1-800-925-9259.

Thank you for choosing National City.

<u>Returned</u>: As a result of the non-sufficient funds (NSF), debit item was returned unpaid to the merchant or payee.
<u>Paid/Acct. Overdrawn</u>: Debit item was paid and charged to the account. This action caused the account to be overdrawn.

*Available balance - This is the total balance in your account less deposited funds not yet available for your use, pending
debit card transactions, and holds placed on your account. If you have overdraft protection, funds available through
overdraft protection are also included in this amount.

Branch: 617

# National City®

Direct Banking Fra-Servi
100 North 13th Street
Franklin, PA 16323-0000

April 04, 2008
Number 023853830

Eloise K Hahn
1631 Clarence Ave
Berwyn, IL 60402

Dear Eloise K Hahn

Thank you for your recent application with us. We regret that we are
unable to approve your application at this time. Our decision was based
on the following reason(s):

     1. bankruptcy
     2. -
     3. -
     4. -

During the course of our investigation, we may have ordered a consumer
credit report. If such a report was ordered and our credit decision was
our decision. The reporting agency played no part in our decision and
is unable to supply specific reasons why we have denied credit to you.
You have a right under the Fair Credit Reporting Act to know the
information contained in your credit file at the consumer reporting
agency. You have a right to a free copy of your report from the
reporting agency or agencies if you request it from the consumer reporting
agency no later than 60 days after you receive this notice at the
address or telephone below. In addition, if you find that any infor-
mation in your report is inaccurate or incomplete, you have the right to
dispute the matter with the consumer reporting agency.

Transunion                          2 Baldwin Place
Chester, Pa 19022                   800-888-4213

Please review the reverse side of this letter for important information
about your rights under the Federal Equal Credit Opportunity Act.

Should you have further questions, please call us at the number below.
Again, thank you for choosing National City for your financing needs!

Sincerely,

National City                       800-352-0186

# National City.

**NATIONAL CITY BANK**
P.O. BOX 3038
KALAMAZOO, MI 49003-3038

ELOISE K HAHN TRUST
ELOISE K HAHN TRUSTEE
1631 CLARENCE AVE
BERWYN IL   60402

03/18/08

## Overdraft/Non-Sufficient Funds Notice

On 03/18/08, there was not enough money in your National City checking account 601686218 to cover the debit items we received that day. We took the following action:

| Debit Item(s) Received | Action | National City Fee |
|---|---|---|
| $6.00 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $10.00 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $10.00 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $11.92 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $22.50 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |

*5 overdrafts*

As a result, the final available balance* in your account after posting was    -$209.36 .
**A deposit to your account may be required to avoid incurring future fees.** If an account is overdrawn and remains so for more than 4  consecutive business days a  $8.00 continuous overdraft fee will be charged each day that it is still overdrawn.

National City offers several ways to protect your account from overdrafts or non-sufficient funds. For more information about overdraft protection options, or if you have any questions about this notice, contact your National City branch or call our customer service center at 1-800-925-9259.

Thank you for choosing National City.

Returned: As a result of the non-sufficient funds (NSF), debit item was returned unpaid to the merchant or payee.
Paid/Acct. Overdrawn: Debit item was paid and charged to the account. This action caused the account to be overdrawn.

*Available balance - This is the total balance in your account less deposited funds not yet available for your use, pending debit card transactions, and holds placed on your account. If you have overdraft protection, funds available through overdraft protection are also included in this amount.*

Branch: 617

Region: 56