

**FILED**
JUN 13 2008
Jun 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Eloise K. Hahn, P.E., R.E.M.
<u>Plantiff</u>

v.

U.S. EPA, Region 5 et. al.
Peter Swenson, US EPA Region 5
Alan Nudelman, US EPA Region 5
Tinka Hyde, Acting Director, US EPA
<u>Defendants</u>

Cause No.

**08CV3433**
**JUDGE COAR**
**MAG. JUDGE COLE**

## PETITION FOR FINANCIAL AFFIDAVIT

COMES KNOW Plantiff, Eloise K. Hahn, P.E., R.E.M., pro se and for her Petition for Financial Affidavit alleges and says:

1. That she is the Plantiff in this cause of action.

2. That the Plantiff's immediate supervisor, Peter Swenson has recently denied Plantiff any and all requests for advanced annual or sick leave.

3. That currently Plantiff's paycheck is being cut approximately $1,000 dollars biweekly attributing to a banking nightmare.

4. That Plantiff currently owes the USEPA approximately 30 hrs. of advanced leave and 59 hrs. of sick leave. Additionally, Plantiff affirmatively states that she has only be granted 45 hours of paid annual leave, 18 hours of sick leave, 16 hours of holiday pay, 13.75 hours of LWOP and 2.75 hours AWOL since January 2008. In other words the Plantiff has basically been working non-stop since September 2007 to the

-2-

present. Further, Plantiff affirmatively states that her immediate supervisor denied her advanced annual leave to undergo her once a year weekly timeshare holiday attributing to over $500 in lost monetary funds. In other words, the Plantiff (age 54 years) is expected to workaround the clock this entire year while her coworkers are granted flexi-place at home and approximately 2 months of paid vacation per year.

5. That Plantiff's most recent paycheck was $1,083 instead of $2,200.

6. These monetary funds are not adequate to pay her rent, electric, food, tuition, car payments, credit card obligations, a copy of which is hereto attached in Exhibit A.

WHEREFORE Plantiff prays to this honorable court for economic relief to be approved to work flexi-place and be granted advanced annual leave.

Respectfully submitted,

*[signature]*

EloiseK.Hahn, P.E., R.E.M.
1631 S. Clarence Av; Apt. 1
Berwyn, IL 60402
(708)408-8266

EXHIBIT A

## FINANCIAL AFFIDAVIT

Wages..........................................$2,800 (net)

Tuition...........................................$1,000

Heat..............................................$300

Electric..........................................$75

Cable.............................................$73

Credit Card Debt..............................$575

Car Payments..................................$1,000

Insurance........................................$280 + $350 = $630

Phone.............................................$225

Gas................................................$400

TSP Loans.......................................$370

Medicine.........................................$500

Health Insurance...............................$362

Rent...............................................$500

Food...............................................$800

Grooming........................................$250

Water/Garbage.................................$50

Dental............................................$150

Physicians/Hospital...........................$400

Cleaning/Maintenance.......................$200

Prepaid legal...................................$50



NATIONAL CITY BANK
P.O. BOX 3038
KALAMAZOO, MI 49003-3038

ELOISE K HAHN TRUST
ELOISE K HAHN TRUSTEE
1631 CLARENCE AVE
BERWYN  IL   60402

06/05/08

## Overdraft/Non-Sufficient Funds Notice

On 06/05/08, there was not enough money in your National City checking account  601686218 to cover the debit items we received that day.  We took the following action:

| Debit Item(s) Received | Action | National City Fee |
|---|---|---|
| $11.44 | PAID/ACCT OVERDRAWN | FEE WAIVED |
| $12.71 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $33.53 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $37.48 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |

As a result, the final available balance* in your account after posting was       -$466.93    .
**A deposit to your account may be required to avoid incurring future fees.**  If an account is overdrawn and remains so for more than  3  consecutive days, a  $8.00  continuous overdraft fee will be charged each day that it is still overdrawn.

National City offers several ways to protect your account from overdrafts or non-sufficient funds. For more information about overdraft protection options, or if you have any questions about this notice, contact your National City branch or call our customer service center at 1-800-925-9259 .

Thank you for choosing National City.

Returned:  As a result of the non-sufficient funds (NSF), debit item was returned unpaid to the merchant or payee.
Paid/Acct. Overdrawn:  Debit item was paid and charged to the account. This action caused the account to be overdrawn.

*Available balance - This is the total balance in your account less deposited funds not yet available for your use, pending debit card transactions, and holds placed on your account. If you have overdraft protection, funds available through overdraft protection are also included in this amount.

Branch:  617

Region: 56



NATIONAL CITY BANK
P.O. BOX 3038
KALAMAZOO, MI 49003-3038

ELOISE K HAHN TRUST
ELOISE K HAHN TRUSTEE
1631 CLARENCE AVE
BERWYN IL   60402

06/04/08

### Overdraft/Non-Sufficient Funds Notice

On 06/04/08, there was not enough money in your National City checking account 601686218 to cover the debit items we received that day. We took the following action:

| Debit Item(s) Received | Action | National City Fee |
|---|---|---|
| $7.45 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $10.00 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $21.88 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $25.00 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $28.39 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $75.00 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |

As a result, the final available balance* in your account after posting was    -$375.62    .
**A deposit to your account may be required to avoid incurring future fees.** If an account is overdrawn and remains so for more than  3  consecutive days, a  $8.00  continuous overdraft fee will be charged each day that it is still overdrawn.

National City offers several ways to protect your account from overdrafts or non-sufficient funds. For more information about overdraft protection options, or if you have any questions about this notice, contact your National City branch or call our customer service center at 1-800-925-9259 .

Thank you for choosing National City.

Returned:  As a result of the non-sufficient funds (NSF), debit item was returned unpaid to the merchant or payee.
Paid/Acct. Overdrawn:  Debit item was paid and charged to the account. This action caused the account to be overdrawn.

*Available balance - This is the total balance in your account less deposited funds not yet available for your use, pending debit card transactions, and holds placed on your account. If you have overdraft protection, funds available through overdraft protection are also included in this amount.

Branch: 617

Region: 56

Case 1:08-cv-03420    Document 3    Filed 06/13/2008    Page 7 of 11

# National City®

NATIONAL CITY BANK
P.O. BOX 3038
KALAMAZOO, MI 49003-3038

ELOISE K HAHN TRUST
ELOISE K HAHN TRUSTEE
1631 CLARENCE AVE
BERWYN IL  60402

05/01/08

## Overdraft/Non-Sufficient Funds Notice

On 05/01/08, there was not enough money in your National City checking account. 601686218 to cover the debit items we received that day. We took the following action:

| Debit Item(s) Received | Action | National City Fee |
|---|---|---|
| $15.00 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |

*[handwritten: 1 overcharge]*

*[handwritten: Additional 7 overdrafts sent 5/15/08    (34)(7) = 238    washed]*

As a result, the final available balance* in your account after posting was     -$34.66
**A deposit to your account may be required to avoid incurring future fees.** If an account is overdrawn and remains so for more than 4 consecutive business days a $8.00 continuous overdraft fee will be charged each day that it is still overdrawn.

National City offers several ways to protect your account from overdrafts or non-sufficient funds. For more information about overdraft protection options, or if you have any questions about this notice, contact your National City branch or call our customer service center at 1-800-925-9259.

Thank you for choosing National City.

Returned: As a result of the non-sufficient funds (NSF), debit item was returned unpaid to the merchant or payee.
Paid/Acct. Overdrawn: Debit item was paid and charged to the account. This action caused the account to be overdrawn.

*Available balance - This is the total balance in your account less deposited funds not yet available for your use, pending debit card transactions, and holds placed on your account. If you have overdraft protection, funds available through overdraft protection are also included in this amount.

Branch: 617



**NATIONAL CITY BANK**
P.O. BOX 3038
KALAMAZOO, MI 49003-3038

ELOISE K HAHN TRUST
ELOISE K HAHN TRUSTEE
1631 CLARENCE AVE
BERWYN IL   60402

04/28/08

## Overdraft/Non-Sufficient Funds Notice

On 04/28/08, there was not enough money in your National City checking account 601686218 to cover the debit items we received that day. We took the following action:

| Debit Item(s) Received | Action | National City Fee |
| --- | --- | --- |
| $18.91 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $25.44 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $40.50 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $45.95 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $52.00 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $101.34 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |

*[handwritten: 6 overcharges]*

As a result, the final available balance* in your account after posting was     -$471.85   .
**A deposit to your account may be required to avoid incurring future fees.** If an account is overdrawn and remains so for more than 4 consecutive business days a $8.00 continuous overdraft fee will be charged each day that it is still overdrawn.

National City offers several ways to protect your account from overdrafts or non-sufficient funds. For more information about overdraft protection options, or if you have any questions about this notice, contact your National City branch or call our customer service center at 1-800-925-9259 .

Thank you for choosing National City.

Returned: As a result of the non-sufficient funds (NSF), debit item was returned unpaid to the merchant or payee.
Paid/Acct. Overdrawn: Debit item was paid and charged to the account. This action caused the account to be overdrawn.

*Available balance - This is the total balance in your account less deposited funds not yet available for your use, pending debit card transactions, and holds placed on your account. If you have overdraft protection, funds available through overdraft protection are also included in this amount.

Branch: 617

Region: 56



**NATIONAL CITY BANK**
P.O. BOX 3038
KALAMAZOO, MI 49003-3038

ELOISE K HAHN TRUST
ELOISE K HAHN TRUSTEE
1631 CLARENCE AVE
BERWYN IL 60402

*[handwritten: Acctng Nightmare due to Supv.]*

04/07/08

### Overdraft/Non-Sufficient Funds Notice

On 04/07/08, there was not enough money in your National City checking account 601686218 to cover the debit items we received that day. We took the following action:

| Debit Item(s) Received | Action | National City Fee |
|---|---|---|
| $35.77 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $46.80 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $56.59 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $62.03 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $144.83 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $212.55 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $267.96 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $273.00 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |

*[handwritten: cutting wages $860 biweekly]*

As a result, the final available balance* in your account after posting was -$1,572.71
**A deposit to your account may be required to avoid incurring future fees.** If an account is overdrawn and remains so for more than 4 consecutive business days a $8.00 continuous overdraft fee will be charged each day that it is still overdrawn.

National City offers several ways to protect your account from overdrafts or non-sufficient funds. For more information about overdraft protection options, or if you have any questions about this notice, contact your National City branch or call our customer service center at 1-800-925-9259.

Thank you for choosing National City.

Returned: As a result of the non-sufficient funds (NSF), debit item was returned unpaid to the merchant or payee.
Paid/Acct. Overdrawn: Debit item was paid and charged to the account. This action caused the account to be overdrawn.

*Available balance - This is the total balance in your account less deposited funds not yet available for your use, pending debit card transactions, and holds placed on your account. If you have overdraft protection, funds available through overdraft protection are also included in this amount.

Branch: 617

Region: 56

**National City**®

Direct Banking Fre-Servi
100 North 13th Street
Franklin, PA 16323-0000

April 04, 2008
Number 023853830

Eloise K Hahn
1631 Clarence Ave
Berwyn, IL 60402

Dear Eloise K Hahn

Thank you for your recent application with us. We regret that we are unable to approve your application at this time. Our decision was based on the following reason(s):

1. bankruptcy
2. -
3. -
4. -

During the course of our investigation, we may have ordered a consumer credit report. If such a report was ordered and our credit decision was our decision. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You have a right to a free copy of your report from the reporting agency or agencies if you request it from the consumer reporting agency no later than 60 days after you receive this notice at the address or telephone below. In addition, if you find that any information in your report is inaccurate or incomplete, you have the right to dispute the matter with the consumer reporting agency.

Transunion
Chester, Pa 19022

2 Baldwin Place
800-888-4213

Please review the reverse side of this letter for important information about your rights under the Federal Equal Credit Opportunity Act.

Should you have further questions, please call us at the number below. Again, thank you for choosing National City for your financing needs!

Sincerely,

National City                                       800-352-0186



**NATIONAL CITY BANK**
P.O. BOX 3038
KALAMAZOO, MI 49003-3038

ELOISE K HAHN TRUST
ELOISE K HAHN TRUSTEE
1631 CLARENCE AVE
BERWYN IL   60402

03/18/08

## Overdraft/Non-Sufficient Funds Notice

On 03/18/08, there was not enough money in your National City checking account 601686218 to cover the debit items we received that day. We took the following action:

| Debit Item(s) Received | Action | National City Fee |
|---|---|---|
| $6.00 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $10.00 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $10.00 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $11.92 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |
| $22.50 | PAID/ACCT OVERDRAWN | $34.00 CHARGED |

*5 overdrafts* [handwritten]

As a result, the final available balance* in your account after posting was   -$209.36 .
**A deposit to your account may be required to avoid incurring future fees.** If an account is overdrawn and remains so for more than  4  consecutive business days a  $8.00 continuous overdraft fee will be charged each day that it is still overdrawn.

National City offers several ways to protect your account from overdrafts or non-sufficient funds. For more information about overdraft protection options, or if you have any questions about this notice, contact your National City branch or call our customer service center at 1-800-925-9259.

Thank you for choosing National City.

Returned: As a result of the non-sufficient funds (NSF), debit item was returned unpaid to the merchant or payee.
Paid/Acct. Overdrawn: Debit item was paid and charged to the account. This action caused the account to be overdrawn.

*Available balance - This is the total balance in your account less deposited funds not yet available for your use, pending debit card transactions, and holds placed on your account. If you have overdraft protection, funds available through overdraft protection are also included in this amount.

Branch: 617

Region: 56