## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2315 | **DATE** | 6/24/2008 |
| **CASE TITLE** | Eloise K. Hahn vs. US EPA | | |

**DOCKET ENTRY TEXT**

The Plaintiff is given to July 15, 2008 to file an in forma pauperis application on the enclosed form.
/s/David H. Coar
David H. Coar, U.S. District Judge

Telephone notice and Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|