# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3433 | **DATE** | 7/22/2008 |
| **CASE TITLE** | Eloise A. Hahn vs. US EPA | | |

**DOCKET ENTRY TEXT**

The plaintiff Eloise Hahn has filed a motion for appointment of counselor and an application to proceed in forma pauperis. In connection with these filing, Ms. Hahn says that she is the beneficiary of two land trusts. Specifically, she said that she is the beneficiary as trustee of the Eloise Hahn Living Trust. The plaintiff is ordered to supplement her Motion for appointment of counselor and application to proceed in forma pauperis by providing a copy of the documents evidencing the living trust. Said supplement shall be filed by 8/15/2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|