**FILED**

AUG 1 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Plaintiff(s)

_Eloise Kathleen Huber_                     )

                                            )        Case Number: _1: 08-cv-03433_

                 V.                         )

Defendant(s)                                )        Judge: _Coar_

_U.S. EPA Region 5 et al._                  )

08cv3433

## MOTION FOR APPOINTMENT OF COUNSEL

**[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]**

1.  I, _Eloise Kathleen Huber_ ,declare that I am the (check appropriate box)
    [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford
    the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2.  In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in
    this proceeding[NOTE: This item *must* be completed]:

    _I have contacted Attorney Bryan Bullock who has advised me his fee starts @ $4,000 which I am unable to pay @ this time._

3.  In further support of my motion, I declare that (check appropriate box):

    [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court
        in this or any other civil or criminal proceeding before this Court.

    [ ] I am currently, or previously have been, represented by an attorney appointed by the Court
        in the proceeding(s) described on the back of this page.

4.  In further support of my motion, I declare that (check appropriate box):

    [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding
        detailing my financial status.

    [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and
        it is a true and correct representation of my financial status.

    [X] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding.
        However, my financial status has changed and I have attached an Amended Application to Proceed *In
        Forma Pauperis* to reflect my current financial status.

5.      I declare under penalty that the foregoing is true and correct.

_Eloise K. Huber_                          _1631 S. Clarence Av_
Movant's Signature                         Street Address

_8/14/08_                                  _Berwyn, IL 60402_
Date                                       City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐