# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3433 | **DATE** | 8/19/2008 |
| **CASE TITLE** | HAHN vs. US EPA REGION 5, ET AL | | |

**DOCKET ENTRY TEXT**

Motion by plaintiff Eloise K. Hahn for appointment of counsel [13] is granted. Order appointment of James M. Lydon of the firm Hinshaw & Culbertson LLP, 222 N. LaSalle St., Suite 300, Chicago, IL 60601, 312 704 3561, jlydon@hinshawlaw.com, to represent the plaintiff in this cause. Status hearing set for 9/18/2008 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TP |
|---|---|---|