# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3433 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Eloise K.Hahn vs. US EPA Region 5 | | |

**DOCKET ENTRY TEXT**

Application by Plaintiff for leave to proceed in forma pauperis [10] is granted.  Motion for appoint of counsel [4] is moot, and terminated (motion # 13 was granted on 8/19/2008).  Status of 9/18/2008 is stricken and terminated, no one should appear on 9/18/2008.  Status hearing is reset for October 29, 2008 at 9:00 a.m.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|